# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Martin Luther Texada
La. State Penitentiary DOC No. 399339
Camp F-DR/CCR -C-Tier #12
Angola LA 70712

## REHEARING ACTION: November 12, 2015

**Docket Number: 99  01009-KA**

**STATE OF LOUISIANA
VERSUS
MARTIN LUTHER TEXADA**

**Appealed from St. Landry Parish Case No. 97-k-2611-a**

**BEFORE JUDGES:**

>    Hon. John D. Saunders
>    Hon. Elizabeth A. Pickett
>    Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Martin Luther Texada** has this day been

>    **DENIED.**

cc: Earl B. Taylor, Counsel for the Appellee
    Camille Angela Sebastien, Counsel for the Appellee